# 15 CV 3454

## CIVIL RIGHTS COMPLAINT
## 42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x

LARRY MC NATE
Full name of plaintiff/prisoner ID#

                    Plaintiff,

           -against-

DESIGNER SHOEWEAR
STORE OWNER (DSW)
JOHN DOE POLICE COMM. WILLIAM BRATTON
Enter full names of defendants  TRAFFIC OFFICER CHOW, 28th PCT,
[Make sure those listed above are  AFRO AMERICAN (DSW) SECURITY GUARD,
identical to those listed in Part III.]  NYS DIVISION OF PAROLE COMM. JOHN DOE,
                    Defendants. A.M.K.C. WARDEN TONY DURANTE, A.M.K.C.
-------------------------------------------------x  DEPUTY WARDEN SECURITY MS. DUNBAR,
                                        RUSSIAN A.M.K.C. INTAKE OFFICER JOHN

**JURY DEMAND**
YES ☒   NO ☐

RECEIVED
SDNY PRO SE OFFICE
2015 APR 24 A 10:04

I.     Previous Lawsuits:

   A.   Have you begun other lawsuits in state or federal court DOE, 10 MOD OFFICERS
        dealing with the same facts involved in this action or AFRO AMERICAN JOHN
        otherwise relating to your imprisonment? Yes ( ) No ☒ DOE 1, 2, 3.

   B.   If your answer to A is yes, describe each lawsuit in the space below
        (If there is more than one lawsuit, describe the additional lawsuits
        on another piece of paper, using the same outline.)

        1. Parties to this previous lawsuit:

            Plaintiffs:        N/A

            Defendants:        N/A

        2. Court (if federal court, name the district;
              if state court, name the county)
                               N/A

        3. Docket Number:      N/A

                                1

        4. Name of the Judge to whom case was assigned: N/A

5. Disposition: (for example: Was the case dismissed?  Was it appealed?  Is it still pending?)  N/A

6. Approximate date of filing lawsuit:  N/A

7. Approximate date of disposition:  N/A

II.     Place of Present Confinement:  N/A

A. Is there a prisoner grievance procedure in this institution?  Yes ☐  No ☒

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?  Yes ☒  No ☐

C. If your answer is YES,

1. What steps did you take?  FILED GRIEVANCE ABOUT SEXUAL ASSAULT TO WARDEN TONY DURANTE DEFENDANT, AND I.G. Office

2. What was the result?  PENDING INVESTIGATION

D. If your answer is NO, explain why not _____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?  Yes ☒  No ☐

F. If your answer is YES,

1. What steps did you take?  MENTAL HEALTH CLINICCAN MS. JEHANN

2. What was the result?  FILED REPORT TO WARDEN DEFENDANT TONY DURANTE INSPECTOR GENERAL INVESTIGATION SILL PENDING, WRITTEN STATEMENT GIVEN, PICTURES OF INJURED TAKEN

III.   Parties:

(In item A below, place your name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.)

A. Name of plaintiff LARRY MC NAIR

Address 2070 7TH AVE, # 5S, NEW YORK N.Y. 10027

(In item B below, place the full name and address of each defendant)

B.  List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1     DESIGNER SHOP WEAR (DSW) STOREOWNER
JOHN DOE
301 W. 125TH ST. NEW YORK, N.Y. 10027

Defendant No. 2     POLICE COMM. WILLIAM BRATON
ONE POLICE PLAZA
POLICE HEAD QUARTERS
NEW YORK, N.Y. 10007

Defendant No. 3     28TH PCT TRAFFIC COP CHOW
2771-89 8TH AVE
NEW YORK N.Y. 10027

Defendant No. 4     DSW STORE GUARD JOHN DOE
301 W. 125TH ST. 3RD FLOOR
NEW YORK, N.Y. 10027

Defendant No. 5     A.M.K.C. WARDEN TONY DURANTE
18-18 HAZEN ST.
EAST ELMHURST, N.Y. 11370

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

3

PARTIES. cont.

DEFENDANT NO. 6   A.M.K.C. DEPUTY WARDEN SECURITY
                  MS. DUNBAR
                  18-18 HAZEN ST.
                  EAST ELMHURST, N.Y. 11370

DEFENDANT NO. 7.   A.M.KC. INTAKE RUSSIAN C.O. JOHN DOE
                   18-18 HAZEN ST
                   EAST ELMHURST, N.Y. 11370

DEFENDANT NO. 8.   NEW YORK COUNTY COURT OFFICER
                   C.O. VICE
                   100 CENTRE ST. 3RD FL.
                   NEW YORK N.Y. 10013

DEFENDANT NO. 9.   NYS DIVISION OF PAROLE
                   97 CENTRAL AVENUE
                   ALBANY, N.Y. 12206
                   COMMISSIONER

DEFENDANTS NO. 10, 11   P.O. ROSA NUÑEZ
                        P.O. JOHN DOE
                        MENTAL HEALTH PAROLE OFFICE BLDG.
                        NYS DIVISION OF PAROLE
                        97 CENTRAL AVENUE / ALBANY, N.Y. 12206

PARTIES, PAGE 3 CONT-D

DEFENDANT NO. 12, 13, 14

A.M.K.C. JOHN DOE 1, JOHN DOE 2, JOHN DOE 3 10 MOD C.O.S WATCHED INMATE PLAINTIFF BEING ASSAULTED WITHOUT INTERVENTION.
18-18 HAZEN ST.
10 MOD. ESO HOUSING
EAST ELMHURST, N.Y. 11370

DEFENDANTS NO. 15, 16, 17.

CORIZON MENTAL HEALTH UNIT JOHN DOE PSYCHIATRIST; JANE DOE CLINECIAN; JANE DOE PSYCHIATER A.M.K.C. MENTAL HEALTH CLINIC
18-18 HAZEN ST.
EAST ELMHURST, N.Y. 11370

IV.    Statement of Claim:

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred.  Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights.  You need not give any legal arguments or cite to cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  You may use additional 8 ½ by 11 sheets of paper as necessary.)

ON FEBUARY 19, 2015 AT APPROXIMATELY 3:30 P.M. I ENTERED DESIGNER SHOE WEAR (DSW) STORE LOCATED AT 301 WEST 125TH ST. TO LOOK FOR SOME TIMBERLAND BOOTS, SIMILAR TO THE BRAND NEW ONES I HAD ON WHEN I ENTERED SAID STORE. UPON EXITING THE STORE I WAS ACCOSTED BY DEFENDANT AFRICAN AMERICAN STORE GUARD JOHN DOE WHO FALSELY ACCUSED ME OF ATTEMPTING TO WALK OUT THE STORE WITH A PAIR OF BOOTS EVEN THOUGH I HAD ON A BRAND NEW PAIR, AND WITH ALL THE CAMERAS, HE DID NOT IDENTIFY HIMSELF, NOR WAS HE ADORNED WITH SECURITY ATTIRE,

IV.A    If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required.  Was medical treatment received?

HEARING VOICES, SUICIDAL THOUGHTS, PARANOIA INCREASED PSYCHO THERAPY, MEDICATIONS, MIGRAINE HEADACHES, AFTER RAPE CARE NECK AND BACK INJURIES CHIROPRACTIC, PHYSICAL THEORY, FROM MEDICATION BROKEN TEETH THAT REQUIRE ORAL SURGERY TO FIX BLURRED VISION

4

STATEMENT OF CLAIM PAGE 2 CONT'D

OR IDENTIFY HIMSELF AS SUCH. HES only
REASON/OR EXPLANATION FOR CALLING THE POLICE
WAS SOLELY BASED ON THE FACT THAT I
DID NOT HAVE I.D., AND NOTHING ELSE
WITHOUT PROBABLE CAUSE THIS DEFENDANT
VIOLATED MY FOURTH AMENDMENT RIGHT
BY ILLEGALLY SEARCHING AND SEIZURING ME
FOR THE N.Y.P.D. A TRAFFIC COP
DEFENDANT CHOW OF THE 28TH PRECINCT WAS
CALLED TO THE STORE. THE UNIDENTIFIED
DEFENDANT IMPOSTOR SECURTY GUARD SHOWED
THE DEFENDANT TRAFFIC COP CHOW A PAIR
OF BOOTS HE ALREADY HAD IN THE ROOM
HE ESCORTED ME TO, AND WERE NOT EVEN MY SHOE
SIZE (11) I TOLD DEFENDANT TRAFFIC COP CHOW
OF THE 28TH PCT. THAT HE HAS NO PROBABLE CAUSE

TO ARREST, AND TO ASK THE IMPOSTOR DEFENDANT SECURITY GUARD TO SHOW TRAFFIC COP DEFENDANT CHOW ON THE CAMERA WHERE I ALLEGEDLY ATTEMPTED TO LEAVE STORE WITH GOODS, AND DEFENDANT UNIDENTIFIED SECURITY GUARD (DSW). AND HE COULD NOT. WHY DID THE 23TH PCT SEND A TRAFFIC COP CHOW TO MAKE A CRIMINAL ARREST? BECAUSE NO CRIME TOOK PLACE. OFFICER DEFENDANT CHOW REQUESTED TO SEE THE VIDEO WITH ME STEALING, AND THE DEFENDANT AFRICAN AMERICAN SECURITY GUARD COULD NOT PRODUCE IT, AND/ OR SUBMIT IT AS EVIDENCE. DEFENDANT CHOW ARRESTING TRAFFIC COP ASKED DEFENDANT AFRICAN AMERICAN SECURITY GUARD WHY HE CALLED POLICE. THE SECURITY GUARD DEFENDANT REPLIED " BECAUSE HE HAS NO IDENTIFICATION AND MY BOSS THE OWNER OF (DSW) INSTRUCTED ME TO ARREST ALL NIGGERS WHO ENTER THE STORE WITH BAGGY JEANS AND HOODIES.

STATEMENT OF CLAIM PAGE 4 CONT-D

BY THIS STATEMENT BEING MADE BY DEFENDANT AFRICAN AMERICAN UNIDENTIFIED SECURITY GUARD (DSW) STORE, MAKES HIS EMPLOYER DEFENDANT OWNER OF (DSW) STORE LIABLE FOR DISCRIMINATION, THE RACIAL PROFILING OF UNITED STATES CITIZENS CUSTOMERS OF SAID (DSW) STORE OUTLETS IN THE METROPOLITAN AREA, AND MAKES HIM LIABLE FOR TEACHING AND TRAINING HIS SUBORDINATE EMPLOYEES THE CODE OF ETHIC STANDARDS WITH NO RESPECT FOR THE JUSTICE SYSTEM, AND ALL UNITED CITIZENS OF COLOR, AND DRESS STYLES, BY AIMING HIS SECURITY GUARD DEFENDANTS TO PREY ON PEOPLE OF COLOR (BLACK) BY USING THE "N" WORD TO DESCRIBE AND POINT OUT ALLEGED SHOPLIFTERS, BUT CANNOT EQUIP THESE SAME SECURITY GUARDS

STATEMENT OF CLAIM PAGE 3 CONT. A

DEFENDANTS WITH THE PROPER I.D. AND UNIFORMS TO ENSURE CUSTOMERS THAT HIS PLACE OF BUSINESS IS NOT ONLY SECURE BY CAMERAS, BUT LICENSED PEACE OFFICERS AS WELL. PLAINTIFF WAS UNLAWFULLY STRIPPED SEARCHED BY DEFENDANTS AFRICAN AMERICAN SECURITY GUARD, AND TRAFFIC COP DEFENDANT CHOW AFTER DISCOVERED THAT THEIR SOLE PURPOSE OF ARREST FALSE ACCUSATION WITH NO VIDEO FOOTAGE WAS BASED ON PLAINTIFF LARRY MCNAIR, PRO SE, NOT HAVING HIS IDENTIFICATION ON HIS PERSON. PLAINTIFF INFORMED BOTH DEFENDANTS SECURITY GUARD (DSW), AND ARRESTING TRAFFIC COP CHOW THAT HIS LIVED AROUND THE CORNER WOULD OR COULD CALL HIS COMMON-LAW WIFE LISA STEVENS TO BRING HIS I.D. TO THE (DSW) STORE, AND AVOID ARREST, AND FALSE ACCUSATIONS. PLAINTIFFS REQUEST WAS DENIED, AND HE WAS FALSELY CHARGED AND TAKEN TO THE 28TH PRECINCT. WHERE HE MADE

STATEMENT OF CLAIM   PAGE 6 CONT-A

HIS TELEPHONE CALL, AND HIS COMMON-LAW WIFE

LISA STEVENS BROUGHT HIS I.D. TO TRAFFIC

COP DEFENDANT CHOW, WHO LIED TO PLAINTIFF

GIVING HIM A D.A.T. (DESK APPEARANCE TICKET)

IF NO WARRANTS SHOWED, AND NONE WERE FOUND.

DEFENDANT POLICE COMMISSIONER WILLIAM BRATTON

IS LIABLE, AND HAS DIRECT INVOLVEMENT IN

DEFENDANT'S TRAFFIC COP CHOW'S TRAINING, BY

NOT INSTITUTING THE PROPER INSTRUCTIONS

ABOUT MAKING ARRESTS THAT CROSS THE BORDER

OF DISCRIMINATION, AND/OR RACIAL PROFILING

BECAUSE OF EXCESSIVE FALSE ARREST IN PAST

THAT VIOLATES PLAINTIFFS 1ST, 4TH, 5TH, 8TH, AND

14TH AMENDMENT RIGHTS. AND DEFIES STATE LAWS

WITH CIVIL SERVER WORKERS TAKE OATHS TO

UPHOLD UNDER THE COLOR OF STATE LAWS, AND

STATEMENT OF CLAIM PAGE #12 CONT'D

FEDERAL STATUTES THEREOF IN REPRESENTING THE HALLS OF JUSTICE WITH THE HIGHEST STANDARDS OF INTEGRITY, BY SUBJECTING N.S. CITIZENS TO UNDERGO MODERNIZED SLAVERY EXPERIENCES IN JAILS AND STATE PRISONS THAT VIOLATE PLAINTIFFS 13th AMENDMENT RIGHTS, BY WORKING IN JAILS/PRISONS FOR SURVIVAL FOR WAGES AS LOW AS TEN (10¢) CENTS AN HOUR/WITHOUT A HIGH SCHOOL DIPLOMA. PLAINTIFF SPENT ALMOST FIFTEEN (15) HOURS IN THE 28th PRECINCT WITHOUT FOOD, AND/OR WATER HE WAS THEN PLACED IN A CELL WITH ANOTHER PRISONER AND STARTED HEARING VOICES. HE INFORMED THE HUB OFFICER WHO CALLED EMS, BECAUSE PLAINTIFF WAS TRYING, AND/OR ATTEMPTING TO HANG-UP FROM BARS FROM BEING UNLAWFULLY IMPRISONED. PLAINTIFF WAS TAKEN TO ST. LUKES ROOSEVELT

STATEMENT OF CLAIM PAGE 8 CONT'D

Hospital where he was given his daily psychotropic medication (Seroquel 400mg) Alloxolor 2½mg, and Lamotrine 100mg. to terminate the voices and suicidal thoughts. Because of all the constitutional violations created by DSW store outlet owner Defendant, DSW African American security guard Defendant, Defendants Police Commissioner William Bratton, and 28th Precinct Traffic Cop Chow. For allegations and facts stated herein, and so forth, on February 17, 2015 at approximately 8:30 p.m. Plaintiff was arraigned, and required to appear before the Grand Jury through his public defender Ms. Pakuesh of Harlem Neighborhood Defenders office located at 317 Malcom X Blvd, and remanded with bail set at $2500. Bond/$200. cash, until Grand Jury appearance there was no Grand Jury action, and Plaintiff was not produced or released, on March 11, 2015

STATEMENT OF CLAIM PAGE 4 (CONT.)

PLAINTIFF'S CASE WAS DISMISSED AND SEALED ACCORDING TO COURT OFFICER VICE WHO INFORMED PLAINTIFF THAT HE WOULD BE RELEASED IN A FEW MINUTES, BUT HAD TO RETURN ON MARCH 25, 2015.

PLAINTIFF WAS PLACED IN THE CUSTODY OF D.O.C.S NYC RIKERS ISLAND WITH A MISDEMEANOR CHARGE ON 2/19/15 AT APPROXIMATELY 5:30 P.M. ACCORDING TO CHANGES (LEGAL) MADE ABOUT HOUSING INMATES AND DETAINEES WITHIN TWENTY FOUR (24) HOURS, AND UNLAWFUL TO STRIP SEARCH INMATES WITH MISDEMEANOR CHARGES. PLAINTIFF WAS NOT ONLY STRIPPED SEARCHED, BUT SEXUALLY ASSAULTED, AND PURPOSELY LEFT IN THE INTAKE AREA FOR A TOTAL OF SEVEN (7) DAYS BEFORE BEING HOUSED. DEFENDANT A.M.K.C, INTAKE RUSSIAN C.O.

STATEMENT of CLAIM PAGE 10 CONT'D

TOOK PLAINTIFF, LARRY NEWTON, TROSE TO SEARCH AREA WITHOUT MISDEMEANOR GOWN, AND ASKED HIM TO STEP THROUGH X-RAY MACHINE NAKED. DEFENDANT A.M.K.C. RUSSIAN INTAKE C.O. INFORMED PLAINTIFF THAT THE X-RAY MACHINE WAS DISPLAYING SOME FORM OF CONTRABAND IN HIS RECTUM. HE TOLD PLAINTIFF HE WOULD GIVE HIM ONE OPPORTUNITY TO REMOVE THE ALLEGED CONTRABAND OR HE WOULD DO IT HIMSELF. PLAINTIFF, INFORMED DEFENDANT A.M.K.C. RUSSIAN INTAKE C.O. THAT FIRST OF ALL IT WAS AGAINST THE LAW TO STRIP SEARCH INMATES WITH MISDEMEANORS SECOND OF ALL I DID NOT GET ARRESTED AND/OR CHARGE WITH ANY CRIME CONCERNING DRUGS AND THERE IS NOT ANYTHING IN MY RECTUM. DEFENDANT A.M.K.C RUSSIAN INTAKE C.O. ESCORTED PLAINTIFF

BACK INTO SEARCH AREA. MADE HIM STREP
NAKED AGAIN, TOLD HIM TO BEND OVER
AND STUCK TWO (2) FINGERS IN PLAINTIFF'S
RECTUM, WHILE PLAINTIFF CRIED OUT FOR HELP.
PLAINTIFF THEN ASKED DEFENDANT A.M.K.C. INTAKE
RUSSIAN C.O. "IF HE HAD A MEDICAL DEGREE"
"HE REPLIED FOR WHAT. PLAINTIFF, LARRY MCNARY
STATED THAT BECAUSE YOU JUST GAVE ME A
COLON EXAM, BUT WITHOUT THAT MEDICAL DEGREE
YOU JUST RAPED, AND SODOMIZED ME" PLAINTIFF
ASKED TO SEE A CAPTAIN, AND BE TAKEN TO THE
CLINIC. ALL OF WHICH DEFENDANT A.M.K.C. INTAKE
RUSSIAN C.O. DENIED, AND DID NOT HOUSE
PLAINTIFF FOR SEVEN (7) DAYS TO KEEP HIM FROM
ACCESSING A TELEPHONE TO REPORT THE SEXUAL ASSAULT
TO A FAMILY MEMBER, PRISONERS RIGHTS PROJECT

And/or Inspector Generals office, all of which he (plaintiff Aco) Two Investigators from the Inspector Generals office visited Plaintiff while in A.M.K.C. dorm 34 upper to take statement and pictures. Also from physical assault by six (6) inmates in mod 10 while 3 C.O, Defendants looked on without helping plaintiff who lost Two (2) Teeth. And now has to have oral surgery. All these Act's were carried in Retaliation from complaints filed by plaintiff the last time he was in this facility from 10/23/11 to 9/26/13. When he was unlawfully imprisoned for twenty-three (23) months.

STATEMENT OF CLAIM CONTINUED

(13 CIV. 728 (AJP)(RJS). IN ADDITION NYC.A.O.C.S.
DEFENDANTS WARDEN TONY DURANTE, DEPUTY SECURITY
MC. DUNBAR, A.M.K.C. INTAKE RUSSIAN DEFENDANTS
ARE RETALIATING FOR COMPLAINT FILED WITH
HONORABLE SARAH NETBURN ABOUT CONDITIONS IN
JAIL, NO LAW LIBRARY, RELIGIOUS SERVICES
MEDICAL TREATMENT. PLAINTIFF, PRO SE LARRY MCNITON
WAS ALSO INTERVIEWED BY REVEREND CATO, AND
MENTAL HEALTH CLINICIAN MS. JEHANN FOR THE
SEXUAL ASSAULT BY DEFENDANT A.M.K.C. INTAKE
RUSSIAN C.O. WHO EXCEEDED HIS AUTHORITY AS
A CORRECTION OFFICER AND ACTED AS A MEDICAL
DOCTOR BY PERFORMING HAD HE HAS SAID MEDICAL
DEGREE A COLON EXAM, BUT RATHER INFLICTED
SERIOUS EMOTIONAL AND MENTAL ANGUISH TO
PLAINTIFF BY DIGGING ON HIS ANAL CAVITY
AND FINDING NO CONTRABAND LIKE PLAINTIFF
INFORMED HIM PRIOR TO SAID UNLAWFUL

STATEMENT OF CLAIM                    PAGE 14

SEARCH AND/OR SEXUAL ASSAULT. ON MARCH 11, 2015

PLAINTIFF PROSE WENT TO NEW YORK COUNTY

CRIMINAL COURT WHERE HE WAS INFORMED BY

COURT OFFICER DEFENDANT VICE THAT HIS CASE

WAS DISMISSED AND SEAL, AND THERE WAS NO

INDICTMENT, BUT THAT AFTER SHE RELEASES HIM

IN FIFTEEN (15) MINUTES, BUT WHEN THEY

CALLED THE "GO BACK" PLAINTIFF WAS NOT

RELEASED, BUT TAKEN BACK TO A.M.K.C. WHERE THE

CAPTAIN PEYTON INFORMED PLAINTIFF THAT HE

HAD TWO (2) PAROLE WARRANTS HOLDING HIM IN

JAIL. DEFENDANTS NYS DIVISION OF PAROLE HAD

ACCESS TO COMPUTER, AND PAPER DOCUMENTATION

STATING PLAINTIFF PAROLE HAD EXPIRED

ON 10/17/11. ESSENTIALLY, PLAINTIFF, IS

NOW AS OF 3/11/15 BEING WRONGFULLY IMPRISONED

BY DEFENDANTS COMMISSIONER DIVISION OF PAROLE

AND/OR PREVIOUS PAROLE OFFICER DEFENDANTS

STATEMENT OF CLAIM PAGE 15 CONT'D

ROSA NUNEZ AND/OR JOHN DOE PAROLE OFFICER WHO WERE ONLY DEFENDANTS WHO HAD POTENTIAL TO PLACE WARRANT/HOLD ON PLAINTIFF, PRO SE, LARRY McNAIR. FINALLY, CORIZON MENTAL HEALTH DEFENDANTS PSYCHIATRISTS, PSYCHOLOGISTS, AND CLINICIANS. DENIED PLAINTIFF PROPER MENTAL HEALTH CARE WHOLD AT A.M.K.C. FROM FEBRUARY 19/15 TO MARCH 25/15 BECAUSE THEY FAILED TO PROVIDE MENTAL HEALTH MEDICATIONS PLAINTIFF VERIFIED THROUGH OUTSIDE PSYCHIATRIST TEMULE WATOU AT HARLEM HOSPITAL. FOR A PERSISTENT, AND SERIOUS MENTAL ILLNESSES SCHIZOAFFECTIVE DISORDER (DENIED SEROQUEL 400MG) ANXIETY (ALPRAXALAM 2MG TWICE A DAY) MAJOR DEPRESSION (LAMICTAL 100MG) CHRONIC ARTHRITIS BACK PAIN (TRAMADOL). DEFENDANTS HAD PRIOR KNOWLEDGE OF THESE MEDICATIONS BECAUSE PLAINTIFF PRO SE RECENTLY

STATEMENT OF CLAIMS PAGE 13

WAS DISCHARGED FROM A.M.K.C. AFTER
SPENDING TWENTY-THREE (23) MONTHS THERE
9/26/13. HIS PREVIOUS MEDICAL, AND
MENTAL HEALTH RECORDS ARE STILL IN
THEIR COMPUTERS, WHICH MAKES DEFENDANTS
ACTS DELIBERATE INDIFFERENT, NEGLIGENT
WITH THE SOLE PURPOSE TO CAUSE
HARM AND/OR DEATH, BECAUSE PRO SE PLAINTIFF
WAS ASSAULTED PHYSICALLY WHILE ON SUICIDE
WATCH IN 10 MOD WHERE THE THREE A.M.K.C.
10 MOD DEFENDANT (C.O.)'S LOOKED ON, AND
DID NOT INTERVENE FOR RETALIATORY
REASONS WHILE PLAINTIFF WAS PHYSICALLY
ASSAULTED AND LOST TWO (2) TEETH BY SIX (6)
OTHER INMATES.

V.   Relief:

State what relief you are seeking if you prevail on your complaint.

PLAINTIFF IS SEEKING TWO HUNDRED MILLION
DOLLARS FROM (DESIGNER SHOE WEAR) (DSW) OWNER
STORE OUTLETS FOR HIRING UNLICENSED
AND UNIFORMED SECURITY GUARDS, AND TRAINING
AND TEACHING THEM HOW TO DISCRIMINATE
AND FALSELY ACCUSE AND PROFILE PEOPLE
OF COLOR FOR SHOPLIFTING WHICH INCLUDES
PAIN AND SUFFERING FROM ARREST TO
IMPRISONMENT, SEXUAL ASSAULT, PHYSICAL ASSAULT
PUNITIVE PROSE HAD TO UNDERGO FROM THE EXACT

I declare under penalty of perjury that on __MARCH 25/245__, I delivered this
                                                    (Date)
complaint to prison authorities to be mailed to the United States District Court for the Eastern

District of New York.

   Signed this __25th__ day of __MARCH__, 20__15__. I declare under penalty of

perjury that the foregoing is true and correct.

_____
Signature of Plaintiff

_____
Name of Prison Facility

_____
__2070 7th AVE #55__
Address
__NEW YORK, N.Y. 10027__
Prisoner ID#

5

RELIEF PAGE (2) CONT-D

RESULT OF DEFENDANT SECURITY GUARD
AFRO-AMERICAN JOHN DOE AND (DSW) OWNER
JOHN DOE INCLUDING EMOTIONAL STRESS
MENTAL ANGUISH FINALLY, PUNITIVE
DAMAGES IN THEIR INDIVIDUAL AND
OFFICIAL CAPACITY FOR A SUBTOTAL
OF THREE HUNDRED MILLION DOLLARS.
DEFENDANTS POLICE COMM. WILLIAM
BRATTON, TRAFFIC COP CHOW 28TH PCT.
NYCDOCS COURT OFFICER NICE, A.M.K.C.
INMATE RUSSIAN C.O. THREE (3) A.M.
K.C. 10 MOD. C.O'S A.M.K.C. WARDEN
TONY DURANTE, AND DEPUTY SGT SECURITY
MS. DUNBAR, FINALLY CORIZON MENTAL
HEALTH STAFF, PSYCHIATRISTS, PSYCHOLOGISTS
CLINICIANS SOCIAL WORKERS DIVISION OF
PAROLE DEFENDANTS COMM. JOHN DOE
ROSA NUNEZ, JOHN DOE FOR SEXUAL
ASSAULT, PHYSICAL ASSAULT. UNLAWFUL
IMPRISONMENT MODERNIZED SLAVERY,
DENIAL OF MENTAL HEALTH MEDICATIONS
PAIN AND SUFFERING PAST PRESENT AND
FUTURE EMOTIONAL STRESS FROM SEX ASSAULT
PLAINTIFF SEEKS FROM AFOREMENTIONED
DEFENDANTS IN THEIR INDIVIDUAL,
AND OFFICIAL CAPACITY IN THE
AMOUNT OF THREE HUNDRED MILLION

RELIEF  PAGE(3) CONT-D

DOLLARS  A  SUB TOTAL  of  SIX (6)
HUNDRED MILLION DOLLARS, HALF FROM
DEFENDANTS OWNER "DSW" STORE OUTLETS, AND
THREE HUNDRED MILLION FROM COMBINEN
DEFENDANTS  POLICE  COMMI WILLIAM BRATON
TRAFFIC POLICE CHOW 28TH PCT. COURT OFFICER
VICE A.M.K.C. CORIZON MENAL LEAVTH EMPLOYERS
WARDEN TONY DURANTE, DEPUTY SUPT. SECURITY
MS. DUNBAR. A.M.K.C. INTAKE RUSSIAN C.O.
10 MORE C.O.'s THAT RETALIATED PHYSICAL
ASSAULT, ORDER DSW OWNERS TO STOP
RACIAL PROFILING TACTICS, USING THE
"N" WORD WHEN REFERRING TO PEOPLE OF
COLOR ORDER POLICE PCT 28TH TRAFFIC
OFFICERS TO STOP MALES UNLAWFUL
ARREST THAT DO NOT PERTAIN TO
THEIR TITLE. ORDER NEW YORK STATE
DIVISION OF PAROLE COMMISSIONER TO
TAKE PAROLEES INTO PAROLE EXPIRED OUT
OF COMPUTERS TO AVOID GLITCHES.
SUBJECT NYCDOCS EMPLOYERS, AND NYS
DIVISION OF PAROLE TO MANDATORY URINALS
TESTING, AND ANGER MANAGEMENT TREATMENT
FOR THOSE EMPLOYERS INVOLVED IN
USE OF FORCE AND/OR SEXUAL ASSAULT
INCIDENTS



Mr. Larry McNair #349150200b
8-18 HAZEN ST, A.M.K.C
East Elmhurst N.Y. 11370 D. Upper

More
Postage

USM P3
SDNY

RECEIVED
SDNY PRO SE OFFICE
2015 APR 24 A D 04

Pro Se Office
United States District Court
Southern District of New York
U.S. Courthouse-500 Pearl St, Rm 200
New York N.Y. 10007

UNITED STATES
POSTAL SERVICE®

**USPS TRACKING #**

9114 9011 5981 8446 5500 54

PRIORITY MAIL
UNITED STATES POSTAL SERVICE
Visit us at usps.com
Label 107R, January 2008

US POSTAGE PITNEY BOWES
ZIP 11370
02 1P
0001390116 APR 21 2015
$ 003.99°

"CONFIDENTIAL LEGAL MAIL"
"DO NOT OPEN"