UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LARRY McNAIR

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

NEW YORK CITY POLICE COMM. WILLIAM
BRATTON; 28TH PCT. TRAFFIC COP MAX
CHOW; N.Y.C.D.O.C. COMM. JOSEPH PONTE;
DESIGNER SHOE WAREHOUSE DSW CORPORATE
SERVICE COMPANY; DESIGNER SHOE WAREHOUSE
SECXURITY GUARD JOHN BYERS; ELITE INVEST-
AGATIONS LTD; A.M.K.C. INTAKE CORRECTION
OFFICERS ANTESWFSKI; RITTENHOUSE; CODY;
A.M.K.C. WARDEN TONY DURANTE: A.M.K.C. DEPUTY
WARDEN SECURITY DUNBAR; CITY OF NEW YORK.

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names.  The names
listed in the above caption must be identical to those contained in
Part I.  Addresses should not be included here.)*

15 CIV. 3454(KBF)(

"AMENDED"

COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial:  ☒ Yes  ☐ No
*(check one)*

I.    **Parties in this complaint:**

A.    List your name, identification number, and the name and address of your current place of
confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper
as necessary.

Plaintiff      Name      LARRY McNAIR
               ID #      3491502006
               Current Institution      R.N.D.C.
               Address      11-11 HAZEN STREET
                            EST ELMHURST, N.Y. 11370

B.    List all defendants' names, positions, places of employment, and the address where each defendant
may be served.  Make sure that the defendant(s) listed below are identical to those contained in the
above caption.  Attach additional sheets of paper as necessary.

Defendant No. 1      Name      N.Y.P.D. COMM. WILLIAM BRATTON
                     Where Currently Employed      POLICE HEADQUARTERS      Shield #
                     Address      ONE POLICE PLAZA
                                  NEW YORK, N.Y. 10007

*Rev. 05/2010*

1

Defendant No. 2   Name   28TH PCT. TRAFFIC COP MAX CHOW   Shield #_____
Where Currently Employed   28TH PRECINCT
Address   FEDERICK DOUGLAS BLVD, EIGTH AVENUE
NEW YORK, N.Y. 10027

Defendant No. 3   Name   N.Y.C.D.O.C. COMM. JOSEPH PONTE   Shield #_____
Where Currently Employed   RIKERS ISLAND
75-20 ASTORIA BLVD.
Address   EAST ELMHURST, N.Y. 11370

Defendant No. 4   Name   DSW OWNER CORPORATE SERVICE COMPANY   Shield #_____
Where Currently Employed   DESIGNER SHOE WAREHOUSE INC.
80 STATE STREET
Address   ALBANY, N.Y. 12207-2543

Defendant No. 5   Name   JOHN BYERS   Shield #_____
Where Currently Employed   DESIGNER SHOE WAREHOUSE SECURITY GUAR
Address   301 WEST 125TH STREET DSW
NEW YORK, N.Y. 10027

II.   **Statement of Claim:**

State as briefly as possible the facts of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur?
ANNAN M. KROSS CENTER A.M.K.C./DESIGNER SHOE WAREHOUSE STORE.

B.   Where in the institution did the events giving rise to your claim(s) occur?
A.M.K.C. INTAKE AREA(SEARCH AREA) SECOND FLOOR OF THE
DESIGNER SHOE WAREHOUSE STORE.

C.   What date and approximate time did the events giving rise to your claim(s) occur?
FEBUARY 19, 2015, AT APPROXIMATELY 3:30 p.m. AND 6:30 P.M.
COLLECTIVELY.

DEFENDANTS NO.  6.                ELITE INVESTIGATIONS LTD.
                                  538 WEST 29TH STREET
                                  NEW YORK, N.Y. 10017;


DEFENDANTS NO.  7,8,9            A.K.C. CORRECTION OFFICERS
                                 ANTESEWSKI;RITTENHOUSE, & CODY
                                 A.M.K.C. INTAKE
                                 18-18 HAZEN ST.
                                 EAST FLMHURST, N.Y. 11370


DEFENDANT NO.   10.              WARDEN TONY DSURANTE
                                 ANNA M. KROSS CENTER
                                 18-18 HAZEN STREET
                                 EAST ELMHURST, N.Y. 11370


DEFENDANT NO.   11.              DEPUTY WARDEN SECURITY DUNBAR
                                 ANNA M. KROSS CENTER
                                 18-18 HAZEN STREET
                                 EAST ELMHURST, N.Y. 11370


DEFENDANT NO.   12.              CITY OF NEW YORK
                                 COMPTROLLER'S OFFICE
                                 1 CENTRE STREET
                                 NEW YORK, N.Y. 10007.

D.    Facts: ON FEBUARY 19, 2015, AT APPROXIMATELY 3:30 P.M. PLAINTIFF
LARRY McNAIR, PRO SE WAS BROWSING THROUGH SHOES AND CLOTHING STORE
DESIGNER SAHOE WAREHOUSE INC. LOcated at 301 WEST 125TH street,
AND AS HE PROCEEDED DOWN THE ESCALATOR TO THE SECOND FLOOR
DEFENDANT SECURITY GUARD JOHN BYERS APPROACHED PLAINTIFF STATING
IN SUBSTANCE " DIDN'T I TELL YOU NIGGERS NOT TO COME IN THIS STORE
AGAIN STEALING MY EMPLOYER"S MERCHANDISE DEFENDANT CORPORATE SERVICE
COMPANY OWNER DSW". PLAINTIFF THEN INFORMED DEFENDANT JOHN BYERS THAT
THIS WAS IN FACT HIS FIRST TIME BEING IN SAID DEPARTMENT STORE, AND
IN FACT HE DID TELL  HIM NOT TO REENTER HE WOULD HAVE SIGNED PAPERS
TO THAT EFFECT.  DEFENDANT JOHN BYERS ASKed plaintiff to accompany THE
DEFENDANT JOHN BYERS TO AN UNDISCLOSED ROOM TO FIND PAPERS THE
PLAINTIFF ALLEGEDLY SIGNED SIGNED, BUT PLAINTIFF DID NOT HAVE HIS
IDENTIFICATION ON HIS PERSON, AND THE DEFENDANT FABRICATED A FALSE
PETIT LARCENY ACCUSATION AGAINST PLAINTIFF, AND CALLED THE NEW York
CITY POLICE DEPARTMENT., SPECIFICALLYT THE 28TH PRECINCT. THE FIRST
RESPONDERS INFORMED DEFENDANT JOHN BYERS UPON THEIR INVESTIGATION THA
THEY DID NOT HAVE PROBABLE CAUSE TO ARREST PLAINTIFF FOR NOT HAVING
IDENTIFICATION, BECAUSE THAT WAS NOT A CRIME. THEY THEN CALLED
DEFENDANT TRAFFIC COPMAX CHOW TO SEE IF HE WANTED A COLLAR. PLAINTIFF
TRHEN INFORMED DEFENDANT MAX CHOW THAT HE DID NOT HAVE PROBABLE CAUSE
TO ARREST HIM EITHER. the defendant max chow assured plaintiff THAT

III.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if
any, you required and received.  PLAINTIFF HAS AND STILL SUFFERS FROM MENTAL,
AND EMOTIONAL STRESS. A TRACE OF SERIOUS AND INFECTUOUS DISEASES (MRS/
SYPHYLISS AS THE EXACT RESULT OF THE RAPE, SODOMY, AND SEXUAL ASSAULT,
NIGHTMARES, PARANOIA, IUNSOMNIA, POST TRAUMATIC STRESS DISORDER
LOSS OF TEETH, NEEDING ORAL SURGERY, SUICIDAL TRHOUGHTS, MAJOR
DEPRESSION, INCREASED ANXIETY, INCREASED PSYCHOTROPIC MEDICATIONS
INCREASE PAIN MEDICATION FROM THE UNDUE UNNECESSARY, AND EXCESSIVE USE
OF FORCE, DEPRAVED HARDSHIP IN LOSS OF CIVIL  LIBERTIES.

IV.    Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought
with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner
confined in any jail, prison, or other correctional facility until such administrative remedies as are available are
exhausted." Administrative remedies are also known as grievance procedures.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes **XX**    No _____

FACTS PAGE (2)

THAT HE WOULD JUST CHECK TO SEE IF PLAINTIFF HAD ANY WARRANTS, AND WOULD

THEN JUST GIVE HIM A D.A.T. DESK APPEARANCE BECAUSE NO CRIME HAD BEEN

ACTUALLY COMMITTED BY THE PLAINTIFF, BUT THE DEFENDANT MAX CHOW SENT

PLAINTIFF THROUGHTHE SYSTEM (JUSTICE) BY FALSELY CHARGING HIM WITHG PETIYT

larceny THAT WAS SUBSEQUENTLY DISMISSED ON MAY 21, 2015(SEE CRIMINAL COURT

DIPOSITION, AND WEB CRIM LOOK-UP ATTACHED HERETO AS EXHIBITS "A&B"). THE

DEFENDANTS JOHN BYERS, AND HIS EMPLOYERS DEFENDANT ELITE INVESTIGATIONS

LTD. UNLAWFULLY TRAINED AND RECRUITED EMPLOYEES FOR defendant CORPORATE

SERVICE COMPANY TO USE RACIAL PROFILING TACTICS IN ATTEMPTS TO FALSELY

ACCUSE PEOPLE OF COLOR AS TRGOTS OF UNLAWFUL ARRESTS TO MAINTAIN TRHEIR

MERCHANDISE, WHILE INCARCERATING INNOCENT PEOPLE, AND USING RACIAL SLURS

TO AGITATE PEOPLE OF COLOR INTO ATTEMPTING TO ANTICIPATE ASSAULT AGAINST

THESE SECURITY GUARDS TO EXTEND JAIL TERMS IN THE FORM OF CONSUMER RACIAL

PROFILING IN "SHOP AND FRISK" TACTICS THAT VIOLATE ALL CITIZENS OF COLOR

FOURT, EIGHTH, AND FOURTEENTH AMEWND MENT RIGHTS OF THE UNITED STATES

CONSTITUTION, WHEREAS THEY ARE SEARCHED WITHOUT PROBABLE CAUSE, MAKING

SEARCHES ILLEGAL, DELIBERATE INDIFFERENCE WITH PRIOR KNOWLEDGE THAT A

THEFT HAD NOT BEEN PROVEN TO BE COMMITTED VIA CONCRETE EVIDENCE BY VIDEO

OR PERSONAL KNOWLEDGE, THAT LEADS TO A DEPRAVED INDIFFERENCE WHERE ONES

CIVIL LIBERTIES ARE JEOPARDIZED THAT RISE ABOVE THE LEVEL OF CRUEL AND

UNUSUAL PUNISHMENT AND DUE PROCESS OF THE LAW IS VANISHED, AND STRIPPED

FROM PLAINTIFFS RIGHTS WITHIN THE GUIDELINES OF JUTICE. THE PROSECUTION

THEN BECOMES MALICIOUS AND CARRIED OUT FOR MONTHS IN A SADISTIC MANNER

WITH THE SOLE PURPOSE OF CAUSING A DEPRAVED HARDSHIP ON PLAINTIFF, AND

UNITED STATES CITIZENS OF COLOR ALIKE.AS THE EXACT RESULT OF DEFENDANTS

JOHN BYERS, ELITE INVESTGATIONS LTD, AND CORPORATE SERVICE TRAINING AT

APPROXIMATELY 6:30 P.M. ON FEBUARY 19, 2015 DURING INTAKE PROCEDURES AT

THE ANNA M. KROSS CENTER, PLAINTIFF WAS AGAINN FALSELY ACCUSED OF HIDING

CONTRABAND IN HIS RECTUM AREA VIA AN ALLEGED X-RAY MACHINE, AND WAS

FACTS PAGE (3)

SODOMIZED, RAPED, AND ESSENTIALLY SEXUALLY ASSAULTED BY DEFENDANTS C.O.
ANTEESWSKI,RITTENHOUSE, AND CODY, BY tWO OF WHOMMSTUCK THEIR UNGLOVED
FINGERS IN PLAINTIFFS RECTUMM UNLAWFULLY BREAKING PLAINTIFF'S SSKIN IN
HIS LOWER RIGHT GLUTE INFECTING PLAINTIFF WITH SYPHLYia AND MRSA IN THE
FORM OF AN ABCESS THAT GREW THE SIZE OF A SOFTBALL. NO CONTRABAND WAS EVER
FOUND AS RESULT OF THIS UNLAWFUL SEaRCH OF PLAINTIFFS ANAL CAVITY WITHOUT
PROTECTIVE GLOVES, AND PLAINTIFF ACTUALLY HAD FLESH EATING PARASITES GROWINg
OUT OF HIS SKIN. THEN PLAINTIFF HAD UNDUE, UNNECESSARY, AND EXCESSIVE USE
OF FORCE WHERE HE LOST TWO(2) TEETH AND NOE REQUIRE ORAL SURGERY TO REPLACE.
PLAINTIFF ALSO BECAME SUICIDAL AS THE EXACT RESULT OF THE RAPE INCIDENT.
because plaintiff was a victim by THE UNLAWFUL ARREST OF DEFENDANTS JOHN BYE
ELITE INVESTAGATIONS LTD, AND  DSW CORPORATE SERVICE COMPANY WHO HAS FULL
LIABILITY AND CLAIMS AS THE EXACT RESULT OF tHEir "SHOP AND FRISK" TACTICS
THEY ADOPTED FROM THE NEW YORK CITY POLICE DEPARTMENT BEING USED AGAINST
PEOPLE OF COLOR IN THE CITY OF NEW YORK. COMMISSIONER WQI:LLIAM BRATTON, ANd
NEW YORK CITY DEPARTMENT OF CORRECYTION COMMISSIONER JOSEPH PONTE A.M.K.C.
WARDEN TONY DURANTE, AND DEPUTY WARDEN SECURITY DUNBAR HAVE PERSONAL AND
MUNICIPAL LIABILITY IN THAT THEY ESTABLISHED POLICIES and directIVEs FOR
SUBORDINATES TO FOLLOW THAT OBVIOUSLY DOES NOT CONFORm  TO THE LAWS O)F THI
STATE AND THESE DEFENDANTS ARE IN FACT ACTORS UNDFWER THE COLOR  OF STATE
LAW AND ACTED AS ACTORS THEROF AS CIVI:L SERVICE WQORKERS, AND ARE LIABLE
AS SUCH WITH THE CITY OF NEW YORK, WHO BEHOLD FULL RESPONSIBILITY OF THE
DEFENDANTS CORPORATE SERVICE COMPANY, AND ELITE INVESTAGATIONS LTD. FOR
allowing these entITIes to operate THEIR PLACES OF BUSINESSES AND RACIAL
TRAINING WITHIN NEW YORK CITY IN VIOLATION OF CITIZENS GAUARANTEED RIGHTS
BY THE UNITED STATES CONSTITUTION AND THE UNIVERSAL DECLARATION OF HUMAN
RIGHTS. PLAINTIFF ALSO SUFFERS FROM A SERUIOUS AND PETRSISTENT MENTAL ILLNES
(SCHIZOAFFECTIVE DISORDER, AND THE DEFENDANTS VIOLATED HIS RIGHT TO BE
FREE FROM DISCRIMINATION UNDER THE REHABILITATION, AND PATIENT

B

PATIENT BILL OF RIGHTS IN THAT PLAINTIFF IS ALSO CERTIFIED AS A MENTALLY
DISAABLED PERSON. AT ALL TIMES THESE DEFENDANTS WERE AWARE AND CONSCIOUS
THAT THEIR ACTS WERE BENEATH HUMAN STANDARDS.MRSA IS AN INCURABLE INFECTOUS
DISEASE THAT PLAINTIFF MAY HAVE TO SUCCUMB TO FOR THE REST OF HIS LIFE,
BECAUSE OF ONE ARREST WITHOUT PROBABLE CAUSE AND BERCAUSE PLAINTIFF DID
NOT HAVE IDENTIFICATION IS HUMANLY INSANE.IN FURTHERANCE OF AND SUPPORT
THEREOF THE SODOMY INCIDENT PLAINTIFF, PRO SE, HAS ENCLOSED "EXHIBITS C
TO K" IN LIGHT OF EMOTIONAL, PHYSICAL, AND MENTAL INBURIES AS THE EXACT
RESULT OF DEFENDANTS DESIGNER SHOE WAREHOUSE CORPORATE SERVICE COMPANY,
THE NEW YORK CITY POLICE DEPARTMENT TGRAFFIC COP MAX CHOW, AND THE ELITE
INVESTAGATIONS LTD., JOHN BYERS, AND FINALLY THE NEW YORK CITY DEPARTMENT
OF CORRECTION DEFENDANTS NAMED HEREIN. IN SUPPORT OF BEING ILLEGALLY
DETAINED AS THE FALSE ARREST COMPLAINT MADE TO THE NEW YORK CITY POLICE
DEPARTMENT BY THE DEFENDANTS JOHN BYERS, AND DESIGNER SHOE WAREHOUSE
SERVICE CORPORATE COMPANY. TOGETHER THESE ALLEGATIONS DISRUPTS AND VIOLATE
PLAINTIFFS CONSTITUTIONAL RIGHTS GAURANTEED BY THE UNITED STATES, BILLOF
RIGHTS, PATIENTS BILL OF RIGHTS, AND THE UNIVERSAL DECLARATION OF HUMAN
RIGHTS, UNDER THE COLOR OF STATE LAWS, RULES AND POLICIES RELATED TO THE
DEPRAVATION OF PLAINTIFF'S CIVIL LIBERTIES TO BE FREE FROM CRUEL, AND
UNUSUAL PUNISHMENT WHICH SUPERCEDES TORTURE IN EVERY ASPECT OF THE WORD,
AND MEANIBG WITH THE SOLE PURPOSE OF CASUNG PERMANENT EMOTIONAL PHYSICAL,
AND SERIOUS INJURIES WHERE NO KNOWN REMEDY FOR SUCH DISASTER EXISTS  VIA
ANY AMOUNT OF MONETARY DAMAGES THAT WOULD SUFFICE AND COMPENSATE SAID
UNPROFESSIONAL CONDUCT BY ALL THE DEFENDANTS NAMED HEREIN INVOLVED OF
SAID SADISTIC INJURIES, THAT ESSENTIALLY CLAIMED PLAINTIFF AS THE VICTIM
OF A HEINOUS CRIME OF SEXUAL ASSAULT, RAPE, SODOMY, AND AN UNLAWFUL
ARREST AND IMPRISONMENT.

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). **ANNA M. KROSS CENTER 28TH PRECINCT, DESIGNER SHOE WAREHOUSE STORE**

B.    Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _____    No **XX** _____    Do Not Know _____

C.    Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes _____    No **XX** _____    Do Not Know _____

If YES, which claim(s)? _____

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes **XX**    No _____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes **XX**    No _____

E.    If you did file a grievance, about the events described in this complaint, where did you file the grievance? **ANNA M. KROSS CENTER;PRISONER'S RIGHTS PROJECT;INSPECTOR GENERAL**

1.    Which claim(s) in this complaint did you grieve? **SODOMY, RAPE, SEXUAL ASSAULT. UNLAWFUL IMPRISONMENT, ILLEGAL CAVITY SEARCH**

2.    What was the result, if any? **STILL PENDING**

_____

3.    What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. **FORWARDED THE COMPLAINTS TO THE A.M.K.C. WARDEN, DEPUTY WARDEN SECURITY, N.Y.C.D.O.C. COMMISSIONER'S OFFICE**

_____

_____

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here: _____

**NOT APPLICABLE**

_____

_____

2.    If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: __SAME WEEK OF 2/19/15 TO PRESENT__

__STILL UNDER INVESTIGATION THROUGH LITIGATION PRESENT TO LOCATE__

__PREDATORS INVOLVED.__

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____
__I had to contact agencies outside the facility DUE TO THE__
__SERRDOUS NATURE OF THE EVENTS PLAINTIFF SUFFERED AND ENDURED.__
__PRISAONER'S RIGTHS ATTORNEYS DALE WILKER; AGNES BAIK; SARAH KERR;__
__AND MITON SELEMYER. FOUR(4) INSPECTORS FROM THE INSPECTOR GENERAL'S__
__OFFICE__

Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.  Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). __PLAINTIFF SEEKS PAIN AND SUFFERING DAMAGES__
__FROM EACH DEFENDANT IN THEIR INDIVIDUAL, AND OFFICIAL CAPACITY IN THE__
__AMOUNT OF FIVE (5) MILLION DOLLARS. PLAINTIFF ALSO SEEKS EMOTIOINAL STRES__
__AND MENTAL ANGUISH DAMAGES FROM EACH DEFENDANT IN THE AMOUNT OF FIVE(5)__
__MILLION DOLLARS, AND FINALL Y PLAINTIFF SEEKS PUNITIVE DAMAGES IN THE__
__AMOUNT OF TEN(10) MILLION DOLLARS FROM EACH DEFENDANT IN THEIR INDIVIDUAL__
__AND OFFICIAL CAPACITY FOR A SUBTOTAL OF  THREE  THREE (3) HUNDRED AND__
__NINETY(90) MILLION DOLLARS THAT IS NON-NEGOTIABLE, BECAUSE THERE IS NO__
__SUBSTITUTE FOR SODOMY , RAPE, AND SEXUAL ASDSAULT OR COMPENSATION FOR__
__ANY HUMAN BEING IN THE UNITED STATES OF AMERICA .__

VI.  Previous lawsuits:

On these claims

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?
__XX__
Yes _____  No _____

*Rev. 05/2010*                                    5

B.   If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.   Parties to the previous lawsuit:

Plaintiff   **LARRY McNAIR**

Defendants   **BELLEVUE HOSPITAL MED. DIR. BUD HEYMAN, ET AL;**

2.   Court (if federal court, name the district; if state court, name the county) _____
**SOUTHERN DISTRICT**

3.   Docket or Index number   **15 CIV. 4569(**

4.   Name of Judge assigned to your case   **HONORABLE RONNIE ABRAMS**

5.   Approximate date of filing lawsuit   **APRIL 2015**

6.   Is the case still pending? Yes **XX** No _____
If NO, give the approximate date of disposition _____

7.   What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
**STILL PENDING**

C.   Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
Yes **XX**   No _____

**On other claims**

D.   If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe each lawsuit on another piece of paper, using the same format.)

1.   Parties to the previous lawsuit:
**LARRY McNAIR**
Plaintiff _____

Defendants   **N.Y.C.D.O.C. COMM. JOSEPH PONTE, ET AL;**

2.   Court (if federal court, name the district; if state court, name the county) _____
**SOUTHERN DISTRICT**

3.   Docket or Index number   **15CIV. 4006**

4.   Name of Judge assigned to your case   **HONORABLE VERNON S. BRODERICK**

5.   Approximate date of filing lawsuit   **MARCH 2015**

6.   Is the case still pending? Yes **XX** No _____
If NO, give the approximate date of disposition _____

7.   What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
**STILL PENDING**

I declare under penalty of perjury that the foregoing is true and correct.

Signed this **2ND** day of **JANUARY**, 20 **16**.

Signature of Plaintiff

Inmate Number                3491502006

Institution Address          R.N.D.C.

11-11 HAZEN ST.

EAST ELMHURST, N.Y. 11370

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this **2ND** day of **JANUARY**, 20 **16**, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:

*Rev. 05/2010*                        7

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**LARRY McNAIR**

(full name of the plaintiff/petitioner)

-against-

**N.Y.C. POLICE COMM. WILLIAM BRATTON, ET AL;**

**15** CV **3454** **KBF  RLE**
( )( )

(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

(full name(s) of the defendant(s)/respondent(s))

### PRISONER AUTHORIZATION

By signing below, I acknowledge that:

(1)  because I filed this action as a prisoner,[1] I am required by statute (28 U.S.C. § 1915) to pay the full filing fees for this case, even if I am granted the right to proceed *in forma pauperis* (IFP), that is, without prepayment of fees;

(2)  if I am granted IFP status, the full $350 filing fee will be deducted in installments from my prison account, even if my case is dismissed or I voluntarily withdraw it.

I authorize the agency holding me in custody to:

(1)  send a certified copy of my prison trust fund account statement for the past six months (from my current institution or any institution in which I was incarcerated during the past six months);

(2)  calculate the amounts specified by 28 U.S.C. § 1915(b), deduct those amounts from my prison trust fund, and disburse those amounts to the Court.

This authorization applies to any agency into whose custody I may be transferred and to any other district court to which my case may be transferred.

**JANUARY 2, 2016**

Date

Signature

**McNAIR, LARRY**

Name (Last, First, MI)

**2391502006**

Prison Identification #

Address                     City               State       Zip Code

---

[1]  A "prisoner" is "any person incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms or conditions of parole, probation, pretrial release, or diversionary program." 28 U.S.C. § 1915(h).

SDNY Rev. 8/5/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

"AMENDED COMPLAINT"

LARRY M c NAIR

(full name of the plaintiff or petitioner applying (each person must submit a separate application))

-against-

15 CV 3454 ( KBF ) RLE ( )

(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

N.Y.C. POLICE COMM. WILLIAM BRATTON;

ET AL;

(full name(s) of the defendant(s)/respondent(s))

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are true:

1. *Are you incarcerated?*  ☒ Yes  ☐ No  (If "No," go to Question 2.)
   I am being held at:  R.N.D.C. BUILDING

   Do you receive any payment from this institution?  ☐ Yes  ☒ No
   Monthly amount:  **$0.00**

   If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2. Are you presently employed?  ☐ Yes  ☒ No

   If "yes," my employer's name and address are:

   **N/A**

   Gross monthly pay or wages: _____

   If "no," what was your last date of employment?  **7/1988**

   Gross monthly wages at the time:  **$8.50.00**

3. In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

   (a) Business, profession, or other self-employment  ☐ Yes  ☒ No
   (b) Rent payments, interest, or dividends  ☐ Yes  ☒ No

(c) Pension, annuity, or life insurance payments ☐ Yes ☒☒ No
(d) Disability or worker's compensation payments ☐ Yes ☒☒ No
(e) Gifts or inheritances ☐ Yes ☒☒ No
(f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) ☐ Yes ☒☒ No
(g) Any other sources ☐ Yes ☒☒ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

If you answered "No" to all of the questions above, explain how you are paying your expenses:

INCARCERATED

4. How much money do you have in cash or in a checking, savings, or inmate account?

$0.00

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

NO

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

NO

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors): JASON JEFFREY, LISA, BRAYLIN, KYRO, DESTINY, JASMINE JANNAE, DAVON

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:

NONE

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

Dated JANUARY 2, 2016

Signature [signature]

3491502006

Name (Last, First MI) McNAIR, LARRY      Prisoner Registration # (if Incarcerated)

Address 11-11 HAZEN ST, R.N.D.C. EAST ELMHURST, NY 11370
City EAST ELMHURST   State NY   Zip Code 11370

Telephone Number _____   E-mail Address (if available) _____

IFP Application, page 2

RNDC COMPUTER INFORMATION

PRINT NAME: McNair

B&C: _____

NYSID: _____

DATE: _____

| PENAL CHARGE: 155.25 | PENAL CHARGE: 155.25 | PENAL CHARGE: |
| DESCRIPTION: Petit Larceny | DESCRIPTION: Petit Larceny | DESCRIPTION: |
| FEL./MISD.: | FEL./MISD.: | FEL./MISD.: |
| DOCKET: | DOCKET: | DOCKET: |
| INDICTMENT NO.: | INDICTMENT NO.: | INDICTMENT NO.: |
| COURT DATE:        PART: | COURT DATE:        PART: | COURT DATE:        PART: |
| BOND: | BOND: | BOND: |
| BAIL: | BAIL: | BAIL: |
| WARRANT/MISC.: | WARRANT/MISC.: | WARRANT/MISC.: |
| (ICP): ___ YES ___ NO | (ICP): ___ YES ___ NO | (ICP): ___ YES ___ NO |

Dismissed   5/21/16

Dismissed   5/21/16

FOR UPDATES, BRING THIS FORM WITH
PAPERS

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

CERTIFICATE OF DISPOSITION
NUMBER:  425269

THE PEOPLE OF THE STATE OF NEW  YORK
                      VS

MCNAIR,LARRY
Defendant

___01/15/1963___
Date of Birth

2070 7 AVE
Address

___4587820L___
NYSID Number

NY                   NY
City            State  Zip

___02/19/2015___
Date of Arrest/Issue

Docket Number: 2015NY011222

Summons No:

155.25 165.40
Arraignment Charges

Case Disposition Information:

| Date | Court Action | Judge | Part |
|------|-------------|-------|------|
| 05/21/2015 | DISM-CONVICTION UNRELATED DKT 00714-2015 | SCHERZER,A | A |

NO FEE CERTIFICATION

_ GOVERNMENT AGENCY      _ COUNSEL ASSIGNED

_ NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED

  SOURCE  _ ACCUSATORY INSTRUMENT  _ DOCKET BOOK/CRIMS  _ CRC3030[CRS963]

    I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
THIS COURT.

KELLY,E  _E.Kelly_____
COURT OFFICIAL SIGNATURE AND SEAL

10/21/2015
DATE        FEE: NONE

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
         SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)



**Health**

**Correctional Health Services**

# MCNAIR, LARRY

52 Y old Male, DOB: 01/13/1963

2070 7TH AV, 5S, 5S, NY, NY 10027

Provider: Goldsberry, Pheobe, PA

**Telephone**
**Encounter**

Answered by À Goldsberry, Pheobe

Date: 04/04/2015

Time: 10:53 AM

Reason À          Message

Message À        Message : Refer to urgicare

Action Taken À   Viera,David , PA 4/6/2015 3:56:54 PM > ECW CLEAN UP: ADDRESSED OPEN TELEPHONE
ENCOUNTER: Message : Refer to urgicare: EVALAUTED BY : Goldsberry, Pheobe Date: 04/04/2015

**Reason for Appointment**
1. Message

**History of Present Illness**
Notes::
    Pt. needs urgicare follow-up s/p I and D.

**Current Medications**
Aspirin EC 81 MG Tablet Delayed Release 1 tab Once a day, stop date 04/18/2015
Carvedilol 6.25 MG Tablet 1 tab Twice a day, stop date 04/18/2015
Furosemide 40 mg Tablet 2 tabs Daily, stop date 04/18/2015
Lisinopril 20 mg Tablet 1 tab Daily, stop date 04/18/2015
Atorvastatin Calcium 40 mg Tablet 80 mg At Bedtime, stop date 04/18/2015
Keppra 500 mg Tablet 1 tab Twice a Day, stop date 04/18/2015
Lisinopril 10 mg Tablet 3 tablets Daily, stop date 06/26/2015
Lamictal 25 MG Tablet 75 MG At Bedtime, stop date 04/15/2015
Seroquel 300 MG Tablet 1 tablet at bedtime At Bedtime, stop date 04/15/2015
BusPIRone HCl 10 mg Tablet 1 tab Twice a Day, stop date 04/15/2015

**Past Medical History**
Disabilities
Chickenpox
Hypertension
Heart disease
Seizures
SPMI - NO
SPMI - NO
Tendonitis NOS

Patient: MCNAIR, LARRY   DOB: 01/13/1963   Provider: Goldsberry, Pheobe, PA   04/04/2015
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**Health**
**Correctional Health Services**

# MCNAIR, LARRY

52 Y old Male, DOB: 01/13/1963
2070 7TH AV, 5S, 5S, NY, NY 10027
Provider: Hobbs-Green, Roxanne

---

**Telephone Encounter**

Date: 04/07/2015
Time: 07:58 AM

Answered byÅ Hobbs-Green, Roxanne

ReasonÅ    abnl lab, MRSA

---

**Reason for Appointment**
1. abnl lab, MRSA

**History of Present Illness**
Notes::
    notified C71 provider to call pt to clinic for abnl lab, pt not produced.

**Current Medications**
Aspirin EC 81 MG Tablet Delayed Release 1 tab Once a day, stop date 04/18/2015
Carvedilol 6.25 MG Tablet 1 tab Twice a day, stop date 04/18/2015
Furosemide 40 mg Tablet 2 tabs Daily, stop date 04/18/2015
Lisinopril 20 mg Tablet 1 tab Daily, stop date 04/18/2015
Atorvastatin Calcium 40 mg Tablet 80 mg At Bedtime, stop date 04/18/2015
Keppra 500 mg Tablet 1 tab Twice a Day, stop date 04/18/2015
Lisinopril 10 mg Tablet 3 tablets Daily, stop date 06/26/2015
Lamictal 25 MG Tablet 75 MG At Bedtime, stop date 04/15/2015
Seroquel 300 MG Tablet 1 tablet at bedtime At Bedtime, stop date 04/15/2015
BusPIRone HCl 10 mg Tablet 1 tab Twice a Day, stop date 04/15/2015
Tylenol/Codeine #3 300-30 MG Tablet 2 tabs bid, give one dose now, stop date 04/08/2015
Bactrim DS 800-160 MG Tablet 1 tablet bid, give one dose now, stop date 04/15/2015
Tylenol/Codeine #3 300-30 MG Tablet 2 tabs Stat, stop date 04/07/2015

**Past Medical History**
Disabilities
Chickenpox
Hypertension
Heart disease
Seizures
SPMI - NO
SPMI - NO
Tendonitis NOS
REFUSAL OF TREATMENT
REFUSAL OF TREATMENT
Rash
PERSONALITY DISORDER NOS

---

Patient: MCNAIR, LARRY   DOB: 01/13/1963   Provider: Hobbs-Green, Roxanne   04/07/2015
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**NEW YORK CITY HEALTH AND HOSPITALS CORPORATION**

nyc.gov/hhc

**Correctional Health Services**

# MCNAIR, LARRY

NYSID: 04587820L   BookCase: 3491502006

Facility Code: AMKC Housing Area: RR

52 Y old Male, DOB: 01/13/1963

2070 7TH AV, 5S, 5S, NY, NY-10027

Insurance: Medicaid

Appointment Facility: Anna M. Kross Correctional Facility

---

02/25/2015             Appointment Provider: Mohammad Kalam, MD

---

## Current Medications

Keppra 500 mg Tablet 1 tab Twice a Day, stop date 03/23/2015

Furosemide 40 mg Tablet 2 tabs Daily, stop date 03/23/2015

Aspirin EC 81 MG Tablet Delayed Release 1 tab Once a day, stop date 03/23/2015

Lisinopril 20 mg Tablet 1 tab Daily, stop date 03/23/2015

Carvedilol 6.25 MG Tablet 1 tab Twice a day, stop date 03/23/2015

Methadone HCl 10 mg Tablet Methadone-10mg 6 days Taper: 10 mg Daily for 3 days, 5 mg Daily for 3 days As Directed, stop date 02/27/2015

Atorvastatin Calcium 40 mg Tablet 80 mg Once a day, stop date 03/23/2015

Lamictal 25 MG Tablet 1 tab Twice a day, stop date 03/01/2015

Seroquel 100 mg Tablet 1 tablet At Bedtime, stop date 03/01/2015

Chlordiazepoxide HCl 25 MG Capsule Librium Low Dose: Take 50 mg BID x 2 days then 25 mg BID x 2 days, then 25 mg QHS x 1 day As Directed, stop date 02/28/2015

## Past Medical History

Disabilities
Chickenpox
Hypertension
Heart disease
Seizures
SPMI - NO
SPMI - NO
Tendonitis NOS

## Allergies

Ibuprofen: hives: Allergy

## Reason for Appointment

1. Abnormal lab

## History of Present Illness

Notes::

Pt seen for Positive RPR, ratio is 1:1, Pt denied dysuria, urethrethal discharge, fever, chills, abdominal pain. Pt admitted to have sex like 1 week ago with his wife which was unprotected. Pt stated that he never had syphilis and never received medication for syphilis.

VISIT COMPLEXITY SCALE:

NON-INTAKE ACUITY

*Non-Intake Acuity Scale 3: Two Chronic Conditions addressed including narrative assessment and plan for each, f/u time frame specified, appropriate labs and referrals*

## Vital Signs

| BP | | |
|---|---|---|
| 105/74 | 02/25/2015 01:26:21 PM | Mohammad Kalam |
| **Pulse** | | |
| 73 | 02/25/2015 01:26:21 PM | Mohammad Kalam |
| **RR** | | |
| 14 | 02/25/2015 01:26:21 PM | Mohammad Kalam |
| **Temp** | | |
| 97.7 | 02/25/2015 01:26:21 PM | Mohammad Kalam |

## Past Orders

RPR SEROLOGY (Order Date - 02/21/2015)
(Collection Date - 02/21/2015)

Result: Abnormal/Positive/Reactive

RPR SEROLOGY      R 1:1 DIL      Non-Reactive - Titer A

Notes: Asogwa,Ofoma , RN 2/21/2015 10:50:46 PM > Specimen collected
Cantor,Lourdes , PA 2/23/2015 3:33:19 PM >

---

Patient: MCNAIR, LARRY    DOB: 01/13/1963    Progress Note: Mohammad Kalam, MD    02/25/2015

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Summary View for MCNAIR, LARRY

Page 1 of 2



NEW YORK CITY
HEALTH AND
HOSPITALS
CORPORATION

n y c . g o v / h h c
**Correctional Health Services**

# MCNAIR, LARRY

NYSID: 04587820L BookCase: 3491502006
Facility Code: AMKC Housing Area: RR
52 Y old Male, DOB: 01/13/1963
2070 7TH AV, 5S, 5S, NY, NY-10027

Insurance: Medicaid

Appointment Facility: Anna M. Kross Correctional Facility

02/25/2015

Appointment Provider: Tracy Simpson, RN

## Current Medications

Keppra 500 mg Tablet 1 tab Twice a Day, stop date 03/23/2015
Furosemide 40 mg Tablet 2 tabs Daily, stop date 03/23/2015
Aspirin EC 81 MG Tablet Delayed Release 1 tab Once a day, stop date 03/23/2015
Lisinopril 20 mg Tablet 1 tab Daily, stop date 03/23/2015
Carvedilol 6.25 MG Tablet 1 tab Twice a day, stop date 03/23/2015
Methadone HCl 10 mg Tablet Methadone-10mg 6 days Taper: 10 mg Daily for 3 days, 5 mg daily for 3 days As Directed, stop date 02/27/2015
Atorvastatin Calcium 40 mg Tablet 80 mg Once a day, stop date 03/23/2015
Lamictal 25 MG Tablet 1 tab Twice a day, stop date 03/01/2015
Seroquel 100 mg Tablet 1 tablet At Bedtime, stop date 03/01/2015
Chlordiazepoxide HCl 25 MG Capsule Librium Low Dose: Take 50 mg BID x 2 days then 25 mg BID x 2 days, then 25 mg QHS x 1 day As Directed, stop date 02/28/2015
Penicillin G Benzathine 600000 UNIT/ML Suspension 2.4 millions Once a Week x 3 week, stop date 03/18/2015
Tylenol/Codeine #3 300-30 MG Tablet 2 tabs Stat, stop date 02/25/2015

## Past Medical History

Disabilities
Chickenpox
Hypertension
Heart disease
Seizures
SPMI - NO
SPMI - NO
Tendonitis NOS

## Allergies

Ibuprofen: hives: Allergy

## Reason for Appointment

1. BCN #1

## History of Present Illness

Notes::
   Pt medicated with a stat dose of BCN 2.4 mil unit x1 in right upper outer buttocks as ordered by Dr. Mohammad Kalam. Pt denied allergy. Tolerated well. Pt observed for 30 minutes post injection with no immediate adverse reaction noted. Pt educated on the importance of completing a series of 3 injections over 3 consecutive weeks. Pt verbalized understanding.

## Vital Signs

| BP | | |
|---|---|---|
| 112/81 | 02/25/2015 04:36:57 PM | Tracy Simpson-Mitchell |
| **Pulse** | | |
| 65 | 02/25/2015 04:36:57 PM | Tracy Simpson-Mitchell |
| **RR** | | |
| 16 | 02/25/2015 04:36:57 PM | Tracy Simpson-Mitchell |
| **Temp** | | |
| 98.7 | 02/25/2015 04:36:57 PM | Tracy Simpson-Mitchell |

Appointment Provider: Tracy Simpson, RN



Patient: MCNAIR, LARRY   DOB: 01/13/1963   Progress Note: Tracy Simpson, RN   02/25/2015
*Note generated by eClinicalWorks EMR/PM Software (www.eclinicalworks.com)*



**MCNAIR, LARRY**

NYSID: 04587820L  BookCase: 3491502006
Facility Code: AMKC Housing Area: 4 UPPER
52 Y old Male, DOB: 01/13/1963
2070 7TH AV, 5S, 5S, NY, NY-10027

Insurance: Medicaid

Appointment Facility: West Facility

04/04/2015

Appointment Provider: PETER GRUBER, MD

## Current Medications
Aspirin EC 81 MG Tablet Delayed Release 1 tab Once a day, stop date 04/18/2015
Carvedilol 6.25 MG Tablet 1 tab Twice a day, stop date 04/18/2015
Furosemide 40 mg Tablet 2 tabs Daily, stop date 04/18/2015
Lisinopril 20 mg Tablet 1 tab Daily, stop date 04/18/2015
Atorvastatin Calcium 40 mg Tablet 80 mg At Bedtime, stop date 04/18/2015
Keppra 500 mg Tablet 1 tab Twice a Day, stop date 04/18/2015
Lisinopril 10 mg Tablet 3 tablets Daily, stop date 06/26/2015
Lamictal 25 MG Tablet 75 MG At Bedtime, stop date 04/15/2015
Seroquel 300 MG Tablet 1 tablet at bedtime At Bedtime, stop date 04/15/2015
BusPIRone HCl 10 mg Tablet 1 tab Twice a Day, stop date 04/15/2015

## Past Medical History
Disabilities
Chickenpox
Hypertension
Heart disease
Seizures
SPMI - NO
SPMI - NO
Tendonitis NOS
REFUSAL OF TREATMENT
REFUSAL OF TREATMENT
Rash
PERSONALITY DISORDER NOS
Major depression NOS
PSYCHOSIS NOS
Depression with anxiety

## Allergies
Ibuprofen: hives: Allergy

## Reason for Appointment
1. S/P Rt Gluteal Abscess

## History of Present Illness
Notes::
    S/P Rt Gluteal abscess, I & Ded in Urgi on 4/3, here for f/u care, wound check and change of packing/dressing. Referred to MD...S.Bhat, RN

    Doctor note: pt returns for wound check of buttock i and d yesterday.

## Vital Signs

| BP | | |
|---|---|---|
| 126/82 | 04/04/2015 04:08:27 PM | Seetharama Bhat |

| Pulse | | |
|---|---|---|
| 88 | 04/04/2015 04:08:27 PM | Seetharama Bhat |

| RR | | |
|---|---|---|
| 16 | 04/04/2015 04:08:27 PM | Seetharama Bhat |

| Temp | | |
|---|---|---|
| 97.0 | 04/04/2015 04:08:27 PM | Seetharama Bhat |

## Examination
General Examination:
    GENERAL APPEARANCE: comfortable.
    BACK: right buttock: packing removed with pus expressed; wound cleaned and new packing and dressing placed.

## Assessments
1. Abscess - 527.3

## Treatment

**1. Abscess**
Start Tylenol Tablet, 325 MG, 3 tabs, Orally, stat, 0 days, RN-DOT
Referral To:Urgicare WF   Urgicare

---

Patient: MCNAIR, LARRY   DOB: 01/13/1963   Progress Note: PETER GRUBER, MD   04/04/2015
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

used to make incision, pus expressed, cultured, packed and clean
dressing applied.
Referral To:Urgicare WF    Urgicare
          Reason:abscess f/u


Disposition: General Population
Notes: f/u with urgicare 4/4/15


**Appointment Provider: FRANK FLORES, DO**




**Electronically signed by Frank Flores DO on 04/03/2015 at
10:38 AM EDT**

**Sign off status: Completed**


**West Facility**
**16-06 Hazen Street**
**East Elmhurst, NY 11370**
**Tel: 718-546-4150**
**Fax:**

Patient: MCNAIR, LARRY   DOB: 01/13/1963   Progress Note: FRANK FLORES, DO   04/03/2015

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**NEW YORK CITY
HEALTH AND
HOSPITALS
CORPORATION**

n y c . g o v / h h c
**Correctional Health Services**

## MCNAIR, LARRY

NYSID: 04587820L  BookCase: 3491502006
Facility Code: AMKC  Housing Area: 4 UPPER
52 Y old Male, DOB: 01/13/1963
2070 7TH AV, 5S, 5S, NY, NY-10027

Insurance: Medicaid

**Appointment Facility: West Facility**

04/03/2015                                    **Appointment Provider: FRANK FLORES, DO**

### Current Medications
Aspirin EC 81 MG Tablet Delayed Release 1
tab Once a day, stop date 04/18/2015
Carvedilol 6.25 MG Tablet 1 tab Twice a day,
stop date 04/18/2015
Furosemide 40 mg Tablet 2 tabs Daily, stop
date 04/18/2015
Lisinopril 20 mg Tablet 1 tab Daily, stop date
04/18/2015
Atorvastatin Calcium 40 mg Tablet 80 mg At
Bedtime, stop date 04/18/2015
Keppra 500 mg Tablet 1 tab Twice a Day, stop
date 04/18/2015
Lisinopril 10 mg Tablet 3 tablets Daily, stop
date 06/26/2015
Lamictal 25 MG Tablet 75 MG At Bedtime,
stop date 04/15/2015
Seroquel 300 MG Tablet 1 tablet at bedtime
At Bedtime, stop date 04/15/2015
BusPIRone HCl 10 mg Tablet 1 tab Twice a
Day, stop date 04/15/2015

### Past Medical History
Disabilities
Chickenpox
Hypertension
Heart disease
Seizures
SPMI - NO
SPMI - NO
Tendonitis NOS
REFUSAL OF TREATMENT
REFUSAL OF TREATMENT
Rash
PERSONALITY DISORDER NOS
Major depression NOS
PSYCHOSIS NOS
Depression with anxiety

### Allergies
Ibuprofen: hives: Allergy

### Reason for Appointment
1. Gluteal Abscess(R)

### History of Present Illness
Notes::
   Pt reports swelling and pain over his rt. gluteal area for 7 days and
discharge from the spot for 2 days. Tetanus reported to be UTD.
Referred to MD. For pain Tylenol with Codine 2 tabs given per
order.......S.Bhat, RN Dr. Note: patient with gluteal abscess x 2 days.

### Vital Signs

| BP | | |
|---|---|---|
| 125/91 | 04/03/2015 09:49:13 AM | Seetharama Bhat |
| **Pulse** | | |
| 92 | 04/03/2015 09:49:13 AM | Seetharama Bhat |
| **RR** | | |
| 16 | 04/03/2015 09:49:13 AM | Seetharama Bhat |
| **Temp** | | |
| 99.1 | 04/03/2015 09:49:13 AM | Seetharama Bhat |

### Examination
General Examination:
   GENERAL APPEARANCE: well-developed, well-hydrated, no acute
distress.
   rt buttocks with induration and fluctuance area of tenderness and
erythema, pus noted at head of abscess, balance of exam unremarkable.

### Assessments
1. Abscess - 527.3 (Primary)

### Treatment

**1. Abscess**
   LAB: CULTURE, WOUND
wound cleaned with betadine , 1% lido used for anesthesia, # 11 blade

---

Patient: **MCNAIR, LARRY**   DOB: 01/13/1963   Progress Note: **FRANK FLORES, DO**   04/03/2015



**MCNAIR, LARRY**

NYSID: 04587820L  BookCase: 3491502006
Facility Code: AMKC  Housing Area: 4 UPPER
52 Y old  Male, DOB: 01/13/1963
2070 7TH AV, 5S, 5S, NY, NY-10027

Insurance: Medicaid

Appointment Facility: Anna M. Kross Correctional Facility

04/03/2015                          Appointment Provider: David Onuora, PA

## Current Medications

Aspirin EC 81 MG Tablet Delayed Release 1
tab Once a day, stop date 04/18/2015
Carvedilol 6.25 MG Tablet 1 tab Twice a day,
stop date 04/18/2015
Furosemide 40 mg Tablet 2 tabs Daily, stop
date 04/18/2015
Lisinopril 20 mg Tablet 1 tab Daily, stop date
04/18/2015
Atorvastatin Calcium 40 mg Tablet 80 mg At
Bedtime, stop date 04/18/2015
Keppra 500 mg Tablet 1 tab Twice a Day, stop
date 04/18/2015
Lisinopril 10 mg Tablet 3 tablets Daily, stop
date 06/26/2015
Lamictal 25 MG Tablet 75 MG At Bedtime,
stop date 04/15/2015
Seroquel 300 MG Tablet 1 tablet at bedtime
At Bedtime, stop date 04/15/2015
BusPIRone HCl 10 mg Tablet 1 tab Twice a
Day, stop date 04/15/2015

## Past Medical History

Disabilities
Chickenpox
Hypertension
Heart disease
Seizures
SPMI - NO
SPMI - NO
Tendonitis NOS
REFUSAL OF TREATMENT
REFUSAL OF TREATMENT
Rash
PERSONALITY DISORDER NOS
Major depression NOS
PSYCHOSIS NOS
Depression with anxiety

## Allergies

Ibuprofen: hives: Allergy

## Reason for Appointment

1. Sickcall

## History of Present Illness

Notes::
    Pt c/o painful abcess for over one week,no fever.
VISIT COMPLEXITY SCALE:
    NON-INTAKE ACUITY
    *Non-Intake Acuity Scale  2: Complicated sick call (problem
requiring diagnostic evaluation, documented history, physical exam,
specified follow up) OR One chronic condition addressed with
components specified in (3)*

## Vital Signs

| BP | | |
|---|---|---|
| 121/83 | 04/03/2015 06:33:33 AM | David Onuora |
| **Pulse** | | |
| 93 | 04/03/2015 06:33:33 AM | David Onuora |
| **RR** | | |
| 16 | 04/03/2015 06:33:33 AM | David Onuora |
| **Temp** | | |
| 99.3 | 04/03/2015 06:33:33 AM | David Onuora |
| **SaO2** | | |
| 99 | 04/03/2015 06:33:33 AM | David Onuora |

## Examination

General Examination:
    GENERAL APPEARANCE: well-appearing, no acute distress.
    HEENT: PERRLA, EOMI.
    NECK: supple.
    HEART: RATE:-, regular, RHYTHM:-, regular, HEART SOUNDS:-,
normal S1S2, MURMURS:-, none.

Patient: MCNAIR, LARRY   DOB: 01/13/1963   Progress Note: David Onuora, PA   04/03/2015
Note generated by eClinicalWorks EMR/PM Software (www.eclinicalworks.com)

https://chsricbpdlb.riepf.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?en...   9/23/2015

Homicidal:
  =  .

Insight:
  =  .

Judgment:
  =  .

ROUNDS NOTE RISK ASSESSMENT:
Rounds Note Risk Assessment:
  .

**Addendum:**
02/25/2015 11:10 AM Kennedy, Lauren > Pt seen by on call 2/24/15
during 8x4pm tour and dc from suicide watch.

**Appointment Provider: Sanja Medich, LMHC**



Electronically signed by Sanja Medich LMSW, LMSW on
02/24/2015 at 09:39 PM EST
Sign off status: Completed

Anna M. Kross Correctional Facility
18-18 Hazen Street
East Elmhurst, NY 11370
Tel: 718-546-3550
Fax:

Patient: MCNAIR, LARRY   DOB: 01/13/1963   Progress Note: Sanja Medich, LMHC   02/24/2015

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

MR. LARRY McNACER #349-15-02806
11-11 HAZEN ST, R.N.D.C.
EAST ELMHURST, N.Y. 11370

PRO SE INTAKE UNIT ROOM 200
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
U.S. COURTHOUSE-500 PEARL STREET.
NEW YORK, N.Y. 10007





"CONFIDENTIAL LEGAL MAIL"

2016 JAN 20 AM 8:00